# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:95cr07

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| PAUL PEDRO GLANTON. | ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* Motion to Consider Sentence Reduction 3582(c)(2) [Doc. 24, filed March 18, 2008].

On January 6, 2009, the appointed attorney for the Defendant filed with the Court a Notice of Ineligibility Regarding Crack Cocaine Offense [Doc. 25]. A Supplement to the Presentence Report Pursuant to Crack Cocaine Guideline Amendment prepared by the Probation Office discloses that the Defendant's conviction involved cocaine powder, not cocaine base. [Doc. 26]. For the reasons set forth in the Notice and the Supplement, the Court concludes that the Defendant is not eligible for any relief he has sought by his pro se motion.

**IT IS, THEREFORE, ORDERED** that the Defendant is not eligible for any relief pursuant to the Crack Cocaine Amendment to the United States Sentencing Guidelines, Amendment 706, and the Defendant's Motion to Consider Sentence Reduction [Doc. 24] is **DENIED**.

Martin Reidinger
United States District Judge

Signed: March 3, 2009